JOSEPH R. LAMAGNA (State Bar No. 246850)
**HOOPER, LUNDY & BOOKMAN, P.C.**
101 W. Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 744-7300
Facsimile: (619) 230-0987
E-Mail: jlamagna@hooperlundy.com

ANDREA L. FREY (State Bar No. 311913)
BENJAMIN Y. LIN (State Bar No. 326703)
**HOOPER, LUNDY & BOOKMAN, P.C.**
44 Montgomery Street, Suite 3500
San Francisco, California 94104
Telephone: (415) 875-8500
Facsimile: (310) 362-8937
E-Mail: afrey@hooperlundy.com
       blin@hooperlundy.com

RACHAEL PONTIKES (*Pro Hac Vice*)
**BLANK ROME LLP**
444 W. Lake St., Suite 1650
Chicago, Illinois 60606
Telephone: (312) 776-2600
Facsimile: (312) 776-2601
E-Mail: rachael.pontikes@blankrome.com

SHANNON E. MCCLURE (*Pro Hac Vice*)
**BLANK ROME LLP**
One Logan Square
130 N. 18th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555
E-Mail: shannon.mcclure@blankrome.com

Attorneys for Defendants MOCHI HEALTH CORP., MOCHI MEDICAL CA P.C., MOCHI MEDICAL P.A.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NOVO NORDISK A/S, NOVO NORDISK INC.<br><br>Plaintiffs,<br><br>vs.<br><br>MOCHI HEALTH CORP., MOCHI MEDICAL CA P.C., MOCHI MEDICAL P.A.,<br><br>Defendants. | Case No. 5:25-cv-06563-EKL<br><br>**JOINT STIPULATION TO MODIFY SCHEDULE; [PROPOSED] ORDER**<br><br>Judge Eumi K. Lee<br><br>Action Filed:    August 4, 2025 |

Plaintiffs NOVO NORDISK A/S, and NOVO NORDISK INC. ("Plaintiffs") and Defendants MOCHI HEALTH CORP., MOCHI MEDICAL CA P.C., AND MOCHI MEDICAL P.A., ("Defendants" and collectively, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, at the request of the Parties and in light of Defendants' anticipated motion to dismiss Plaintiff's First Amended Complaint, the Court previously continued the ADR certification

service and filing deadline to February 11, 2026; the Joint Case Management Statement filing deadline to February 18, 2026; and the Case Management Conference to March 4, 2026 (ECF No. 35);

WHEREAS, Plaintiffs have elected to seek leave to further amend their complaint;

WHEREAS, Plaintiffs anticipate noticing a hearing date of March 4, 2026 for their motion for leave to amend;

WHEREAS, the Parties agree that an extension of the following case management deadlines is appropriate under Civil L.R. 6-2 in light of the fact that Plaintiffs have not yet filed their motion for leave to amend;

WHEREAS, the stipulated extension of the following deadlines would not impact any other case deadlines except for the Rule 26(f) conference and Rule 26(a)(1) initial disclosures deadlines;

WHEREAS, Defendants contend that the deadlines for the Rule 26(f) conference and Rule 26(a)(1) initial disclosures should not be calendared, and that discovery should not proceed until an operative complaint is at issue, but nonetheless are stipulating dates to conform with the Court's typical scheduling orders while reserving the right to seek a continuance of said deadlines;

WHEREAS, the Parties respectively reserve the right to seek further extensions of the following deadlines, if appropriate;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST THAT:

1. The Parties shall have until May 13, 2026 to serve and file their ADR certification;
2. The Parties shall have until May 20, 2026 to file their Joint Case Management Statement; and
3. The Case Management Conference shall take place on June 3, 2026.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

HOOPER, LUNDY & BOOKMAN, P.C.
44 MONTGOMERY STREET, SUITE 3500
SAN FRANCISCO, CALIFORNIA 94104
TEL (415) 875-8500 • FAX (310) 362-8937

DATED: January 26, 2026            HOOPER, LUNDY & BOOKMAN, P.C.


By:  /s/ Benjamin Y. Lin
JOSEPH R. LAMAGNA
ANDREA L. FREY
BENJAMIN Y. LIN

Attorneys for Defendants MOCHI HEALTH CORP., MOCHI MEDICAL CA P.C., MOCHI MEDICAL P.A.


DATED: January 26, 2026            BLANK ROME LLP


By:  /s/ Rachael Pontikes
RACHAEL PONTIKES (*Pro Hac Vice*)
SHANNON E. MCCLURE (*Pro Hac Vice*)

Attorneys for Defendants MOCHI HEALTH CORP., MOCHI MEDICAL CA P.C., MOCHI MEDICAL P.A.


DATED: January 26, 2026            COVINGTON & BURLING LLP


By:  /s/ Nathan Shafroth
NATHAN SHAFROTH
KEVIN B. COLLINS (*Pro Hac Vice*)
JEFFREY B. ELIKAN (*Pro Hac Vice*)
CHARLES A. WOODS (*Pro Hac Vice*)

Attorneys for Plaintiffs NOVO NORDISK A/S, and NOVO NORDISK INC.

**[PROPOSED] ORDER**

PURSUANT TO THIS STIPULATION, IT IS HEREBY ORDERED THAT:

1. The Parties shall have until May 13, 2026 to serve and file their ADR certification;

2. The Parties shall have until May 20, 2026 to file their Joint Case Management Statement; and

3. The Case Management Conference shall take place on June 3, 2026.

**IT IS SO ORDERED.**

DATED: January 29, 2026

Hon. Eumi K. Lee
United States District Court Judge

HOOPER, LUNDY & BOOKMAN, P.C.
44 MONTGOMERY STREET, SUITE 3500
SAN FRANCISCO, CALIFORNIA 94104
TEL (415) 875-8500 • FAX (310) 362-8937

10315104.3

4   Case No. 5:25-cv-06563-EKL
JOINT STIPULATION TO MODIFY SCHEDULE; [PROPOSED] ORDER